GEORGE B. ROCKWELL, et al., Appellants, *v.* PATRICK A. GINNELLY, et al., Respondents.

(Argued April 3, 1877 ; decided April 10, 1877.)

*John Townshend,* for appellants.

*N. C. Moak,* for respondents.

This case presented the same questions, and was argued and decided with *Rockwell* v. *McGovern, ante.* p. 294.

---

JOHN S. KLINE, et al., Receivers, etc., Respondents, *v.* THE QUEEN'S INSURANCE COMPANY, Appellant.

(Argued April 3, 1877 ; decided April 10, 1877.)

REPORTED below, 7 Hun, 267.

*H. L. Burnett,* for appellant.

*F. N. Bangs,* for respondents.

Agree to affirm; no opinion.